UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:17 CR 523 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| ANTONIO D. YOUNG, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge George J. Limbert, regarding the change of plea hearing of Antonio D. Young, which was referred to the Magistrate Judge with the consent of the parties.

On December 13, 2017, the government filed a twenty count Indictment, charging Defendant Antonio D. Young with Maintaining a Drug Premises, in violation of Title 21 U.S.C. § 856 (a)(1) and (b), Distributing Cocaine Base (Crack) and Heroin, in violation of Title 21 U.S.C. § 841(a)(1) and 841(b)(1)( C), and Possession of a Firearm During a Drug Trafficking Crime, in violation of 18 U.S.C. 924( c)(1)(A)(i). Defendant Young was arraigned on January 2, 2018, and entered a plea of not guilty to Counts 1, 2-19 and 20 of the Indictment, before Magistrate Judge Limbert. On July 6, 2018, Magistrate Judge Limbert, received Defendant Young's plea of guilty to Counts 1, 19 and 20 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Young is found to be competent to enter a plea and to understand his constitutional rights. He is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Young is adjudged guilty to Counts 1, 19 and 20 of the Indictment, in violation of Title 21 U.S.C. § 856 (a)(1) and (b), Distributing Cocaine Base (Crack) and Heroin, in violation of Title 21 U.S.C. § 841(a)(1) and 841(b)(1)( C), and Possession of a Firearm During a Drug Trafficking Crime, in violation of 18 U.S.C. 924( c)(1)(A)(i). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on October 4, 2018, at 10:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 13, 2018